■ In the Matter of GEORGE NEUHAUS et al., Appellants, v. MILDRED MILLSPAUGH et al., Constituting the Board of Elections of Sullivan County, Respondents.— Judgment, Supreme Court, entered in Sullivan County, affirmed, without costs. (See *Matter of Hulse* v. *Millspaugh,* 42 A D 2d 1000.) Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of WILLIAM M. BILLS, Appellant, v. MILDRED MILLSPAUGH et al., Constituting the Board of Elections of Sullivan County, Respondents.— Judgment, Supreme Court, entered in Sullivan County, affirmed, without costs. (See *Matter of Hulse* v. *Millspaugh,* 42 A D 2d 1000.) Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of FRANK CACCKELLO, Appellant, v. THOMAS F. DONOHUE et al., Constituting the Board of Elections of Albany County, Respondents, and JOHN T. BISCONE et al., Respondents.— Judgment, Supreme Court, Albany County, entered on October 10, 1973, affirmed, without costs. No opinion. Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ In the Matter of SAM ROSENSHEIN, Respondent, v. MILDRED MILLSPAUGH et al., Constituting the Board of Elections of Sullivan County, Respondents, and BERNARD RUDERMAN et al., Appellants. (Proceeding No. 1.) In the Matter of JOSEPH B. KROSS, Respondent, v. SAM ROSENSHEIN et al., Appellants, and MILDRED MILLSPAUGH et al., Constituting the Board of Elections of Sullivan County, Respondents. (Proceeding No. 2.)— Appeals from two separate judgments of the Supreme Court at a Trial Term, entered on October 10, 1973 in Sullivan County, which granted petitioners' applications, in proceedings pursuant to section 330 of the Election Law, to compel the respondent Board of Elections: (1) to accept petitioner Rosenshein's certificate of designation filed by the People United Party, and (2) to reject the certificates of designation of respondents Rosenshein and Bedik filed by the Democratic Party of the Town of Fallsburg. Judgments reversed, on the law, and petitions dismissed as being untimely commenced (see *Matter of Hulse* v. *Millspaugh,* 42 A D 2d 1000; Election Law, § 330, subd. [2]). Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.